**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **ALAN BAUGH, on behalf of himself and others similarly situated,** | § § § | |
| **Plaintiff,** | § § | |
| **vs.** | § § | **NO. 4:15-CV-00519** |
| **GREAT PLAINS NATIONAL BANK,** | § § § | |
| **Defendant.** | § § § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Alan Baugh and Defendant Great Plains National Bank hereby stipulate that they have reached an out-of-court settlement and that this action shall be dismissed, with prejudice, with each party to bear its own costs of this action and its own attorneys' fees.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE - 1**

Dated June 22, 2017.

Respectfully submitted,                            Respectfully submitted,


*/s/ Brendan J. Donelon*                           */s/ Saba H. Alvi*
Brendan J. Donelon                                 Kimberly R. Miers
MO Bar. No. 43901                                  State Bar No. 24041482
                                                   Jeremy W. Hawpe
DONELSON, P.C.                                     State Bar No. 24046041
420 Nichols Road, Suite 200                        Saba H. Alvi
Kansas City, Missouri 64112                        State Bar No. 24082324
Tel: (816) 221-7100
Fax: (816) 709-1044                                LITTLER MENDELSON, P.C.
brendan@donelonpc.com                              A PROFESSIONAL CORPORATION
                                                   2001 Ross Avenue
ATTORNEY FOR PLAINTIFF                              Suite 1500, Lock Box 116
                                                   Dallas, TX  75201.2931
                                                   214.880.8100 (Telephone)
                                                   214.880.0181 (Telecopier)
                                                   kmiers@littler.com

                                                   ATTORNEYS FOR DEFENDANT


Firmwide:148091697.1 085867.1001

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE - 2**